IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY A. SIMONDS,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and GEISINGER MEDICAL CENTER,<br><br>Defendants. | CIVIL ACTION NO. 4:03CV2210<br>(HON. JOHN E. JONES, III)<br><br><br>Amended Complaint Filed 3/11/04 |

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)

The above-captioned parties, by and through and their counsel, hereby stipulate to the dismissal with prejudice of the above action pursuant to F.R.C.P. 41(a)(1), each party to bear their own costs and fees. Additionally, all parties agree that said dismissal will have res judicata effect, and preclude any and all claims Plaintiff may have arising out of or relating to the denial of short-term and/or long-term disability benefits against either Defendant.

Respectfully submitted,

POST & SCHELL

*/s/ A. James Johnston*

A. JAMES JOHNSTON, ESQUIRE
DARREN M. CREASY, ESQUIRE
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103
Attorneys for Defendant Geisinger
Medical Center

DUANE MORRIS

*/s/ James P. Hollihan*

JAMES P. HOLLIHAN, ESQUIRE
600 Grant Street, Suite 5010
Pittsburgh, PA 15219-2811
Attorney for Defendant Liberty Life
Assurance Company of Boston

KREISHER & GREGOROWICZ

*/s/ William Kreisher*
*/s/ Daniel P. Lynn*

DANIEL P. LYNN, ESQUIRE
401 Market Street
Bloomsburg, PA 17815
Attorney for Plaintiff Kathy Simonds

DATED: July 22, 2005

APPROVED AND SO ORDERED this 9th day of August, 2005

_____
Honorable John E. Jones, III
United States District Judge